**BOROJA, BERNIER & ASSOCIATES PLLC**
JOEL A. BERNIER (P74226)
49139 Schoenherr Rd.
Shelby Township, MI 48315
T: 586-991-7611
F: 586-991-7612
Email: Bbclawgroup@gmail.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) Case No. 2:24-cv-12604-RJW-KGA |
| v. | ) |
| JOHN DOE subscriber assigned IP address 68.37.57.133, | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 68.37.57.133 are voluntarily dismissed without prejudice.

1

Dated: February 04, 2025     Respectfully submitted,

**BOROJA, BERNIER & ASSOCIATES PLLC**

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 04, 2025, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**

## CERTIFICATE OF COMPLIANCE

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**